No. 95–298. ABB Robotics Inc. et al. v. GMFanuc Robotics Corp. C. A. Fed. Cir. Certiorari denied.

No. 95–311. Duncan v. Duncan, aka Scott, aka Young, et al. C. A. 11th Cir. Certiorari denied.

No. 95–312. Roussin v. Missouri. C. A. 8th Cir. Certiorari denied.

No. 95–319. Grant et ux. v. United States. C. A. 9th Cir. Certiorari denied.

No. 95–348. Olsen v. Paley et al. C. A. 11th Cir. Certiorari denied.

No. 95–359. Pudlo v. City of Chicago. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 95–374. Fuller, Individually and as Executrix of the Estate of Fuller v. Cummings et al. C. A. 2d Cir. Certiorari denied.

No. 95–377. Fitten v. United States. C. A. Armed Forces. Certiorari denied.

No. 95–384. Boyett v. United States. C. A. Armed Forces. Certiorari denied.

No. 95–431. Turner v. General Motors Corp. et al. C. A. 6th Cir. Certiorari denied.

No. 95–5056. Hochschild v. United States. C. A. 6th Cir. Certiorari denied.

No. 95–5063. Brisbon v. Illinois. Sup. Ct. Ill. Certiorari denied.

No. 95–5107. Partin v. Arkansas State Board of Law Examiners et al. C. A. 8th Cir. Certiorari denied.

No. 95–5117. Brown v. United States; and
No. 95–5187. Sanchez v. United States. C. A. 11th Cir. Certiorari denied.